NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GREGORY MYERS, )
)
    Appellant, )
)
v. )    Case No. 2D15-4521
)
U.S. BANK NATIONAL ASSOCIATION, )
as trustee for Credit Suisse First )
Boston CSFB 2005-11, )
)
    Appellee. )
_____ )
)
BARBARA ANN KELLY, )
)
    Appellant, )
)
v. )    Case No. 2D15-4836
)
U.S. BANK NATIONAL ASSOCIATION, )    <u>CONSOLIDATED</u>
as trustee for Credit Suisse First )
Boston CSFB 2005-11, )
)
    Appellee. )
_____ )

Opinion filed March 21, 2018.

Appeals from the Circuit Court for Collier
County; James R. Shenko, Judge.

Charles F. Beall, Jr. of Moore, Hill &
Westmoreland, P.A., Pensacola, for
Appellants.

Dean A. Morande and Michael K. Winston of Carlton Fields Jorden Burt, P.A., West Palm Beach, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and CRENSHAW, JJ., Concur.